Bryan L. P. Saalfeld (SBN 243331)
    bsaalfeld@mpbf.com
Gerald C. Kipper (SBN 323709)
    gkipper@mpbf.com
MURPHY, PEARSON, BRADLEY & FEENEY
550 California Street, Suite 1400
San Francisco, CA  94104
T: (415) 788-1900
F: (415) 393-8087

Attorneys for Defendant
COMMA.AI, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN MCGINNIS, and PAMELA MCGINNIS, | Case No.: |
| Plaintiffs, | **DEFENDANT COMMA.AI, INC.'S NOTICE OF REMOVAL TO FEDERAL COURT** |
| v. | |
| ALLEN G. ROBBERSON, JR., HONDA MOTOR CO., LTD., AMERICAN HONDA MOTOR CO., INC., and COMMA.AI, INC., | Removed from Superior Court of California, County of Alameda, Case No. 26CV174249 |
| Defendants. | |

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant COMMA.AI, INC. ("Comma.ai"), through the undersigned counsel, hereby removes the state court action captioned Kevin McGinnis, et al. v. Allen G. Robberson, Jr., et al. from the Superior Court of the State of California, County of Alameda, where it was pending with Case No. 26CV174249, to the United States District Court for the Northern District of California. This matter is removable because the parties are completely diverse and the amount in controversy exceeds the sum of $75,000, excluding interest and costs. In accordance with 28 U.S.C. § 1446(a), Comma.ai provides the following statement of grounds in support of removal.

1.    On March 4, 2026, Plaintiffs KEVIN MCGINNIS and PAMELA MCGINNIS commenced an action in the Superior Court of the State of California, County of Alameda, titled Kevin McGinnis, et al. v. Allen G. Robberson, Jr. et al., with Case No. 26CV174249. Plaintiffs asserted

- 1 -

negligence and loss of consortium claims against Defendant ALLEN G. ROBBERSON, JR. ("Robberson") to seek damages allegedly incurred when, on September 22, 2025, Robberson's vehicle collided with Kevin McGinnis's vehicle in DeKalb County, Missouri. While Comma.ai has yet to be served with any documents or process in this matter, true and correct copies of the docket and all process, pleadings, and orders currently available in the underlying state court action are attached hereto as **Attachment 01**.

2.      On April 14, 2026, Plaintiffs filed an Amended Complaint to assert additional claims against Comma.ai, Defendant HONDA MOTOR CO., LTD., and Defendant AMERICAN HONDA MOTOR CO., INC. for strict products liability, negligent products liability, and loss of consortium. A true and correct copy of the Amended Complaint as retrieved from the Alameda County Superior Court's website is attached hereto as **Attachment 02**.

3.      As to Comma.ai, Plaintiffs allege that they incurred injuries as the result of Robberson's installation and use in his vehicle of an open-source, driver assistance system developed by Comma.ai. See Att. 02, Amended Compl., ¶¶ 16, 29, 30, 34, 35, 36, 37, 38.

4.      Removal of this action is proper under 28 U.S.C. § 1441. The Northern District has subject matter jurisdiction over this case because it is a civil action "between citizens of different States" and "the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs." See 28 U.S.C. § 1332(a).

5.      Comma.ai have not yet been served with any documents or process in this matter.

6.      Upon information and belief, the two Honda entities have also not yet been served with any documents or process in this matter.

7.      Upon information and belief, Robberson has not yet been served with a copy of the Amended Complaint. Nonetheless, Robberson consents to and joins in this removal. See Defendant Allen G. Robberson, Jr.'s Joinder in Notice of Removal, a true and correct copy is attached hereto as **Attachment 03**.

8.      Plaintiff Kevin McGinnis is a citizen of the State of Missouri. See Att. 02, Amended Compl., ¶ 1.

///

9. Plaintiff Pamela McGinnis is a citizen of the State of Missouri. See Att. 02, Amended Compl., ¶ 2.

10. Defendant Allen G. Robberson is a citizen of the State of California. See Att. 02, Amended Compl., ¶ 3.

11. Defendant Honda Motor Co., Ltd. is a foreign corporation with its principal place of business in Tokyo, Japan. See Att. 02, Amended Compl., ¶ 4.

12. Defendant American Honda Motor Co., Inc. is a California corporation. See Att. 02, Amended Compl., ¶ 5.

13. Defendant Comma.ai, Inc. is a Delaware corporation with its principal place of business in the State of California. See Certificate of Conflicts, Interested Entities and Persons, and Citizenship filed by Comma.ai, Inc. concurrently herewith.

14. No plaintiff is a citizen of the same state as any defendant. Accordingly, complete diversity exists among the parties. See 28 U.S.C. § 1332(a).

15. Plaintiffs do not plead a specific amount of damages. "When the plaintiff's complaint does not state the amount in controversy, the defendant's notice of removal may do so." *Dart Cherokee Basin Operating Co. v. Owens*, 574 U.S. 81, 84 (2014) (citing 28 U.S.C. § 1446(c)(2)(A)).

16. Comma.ai estimates that Plaintiffs' claims exceed $75,000. Plaintiffs allege that Kevin McGinnis was "severely injured in a motor vehicle crash[,]" currently suffers "severe, permanent and progressively worsening injuries[,]" and sustained "severe orthopedic injuries and internal injuries requiring surgical repair" and "significant injuries to [Plaintiff's] brain[.]" See Att. 02, Amended Compl., ¶¶ 1, 14, 23. Plaintiffs also allege future medical expenses, lost wages, and future economic benefits. See Att. 02, Amended Compl., ¶ 24.

17. These alleged injuries plainly exceed $75,000. Because Comma.ai plausibly alleges that the amount in controversy exceeds $75,000, the amount in controversy requirement is satisfied. 28 U.S.C. § 1332(a); see *Dart Cherokee*, 574 U.S. at 89 ("[A] defendant's notice of removal need include only a plausible allegation that the amount in controversy exceeds the jurisdictional threshold.").

18. Comma.ai removes this action "to the district court of the United States for the district and division embracing the place where such action is pending." See 28 U.S.C. § 1441(a).

DEFENDANT COMMA.AI, INC.'S NOTICE OF REMOVAL TO FEDERAL COURT

19.   Comma.ai has attached "a copy of all process, pleadings, and orders" in the State Court Action. 28 U.S.C. § 1446(a).

20.   Comma.ai has timely filed its Notice of Removal. See 28 U.S.C. § 1446(b)(1). As explained above, Comma.ai is not aware that service has been effectuated on any defendant named in Plaintiffs' Amended Complaint.

21.   Comma.ai will promptly provide written notice to Plaintiffs upon filing this Notice of Removal, and will promptly file a copy of this written notice to Plaintiffs with the Clerk of Court for the Superior Court of the State of California, County of Alameda. See 28 U.S.C. 1446(d).

22.   Accordingly, Comma.ai has met all procedural requirements for removal.

23.   Comma.ai removes this action without waiving its right to assert any affirmative statutory defenses, common law defenses, or motion to dismiss available under applicable state or federal law.

24.   Comma.ai requests a trial by jury on all counts in Plaintiffs' complaint. See 28 U.S.C. § 1446.

WHEREFORE, this action is hereby removed to the United States District Court for the Northern District of California.

DATED:  April 16, 2026                      MURPHY, PEARSON, BRADLEY & FEENEY


By   */s/ Bryan L. P. Saalfeld*
     Bryan L. P. Saalfeld
     Gerald C. Kipper
     Attorneys for Defendant COMMA.AI, INC.

DEFENDANT COMMA.AI, INC.'S NOTICE OF REMOVAL TO FEDERAL COURT

# CERTIFICATE OF SERVICE

1. **Case Name:** *Kevin McGinnis et al. v. Allen G. Robberson, Jr. et al.*

2. **Case Number:**

3. **Documents Served:** DEFENDANT COMMA.AI, INC.'S NOTICE OF REMOVAL TO FEDERAL COURT

4. **Method of Service:** Placed in US Mail.

5. **Person(s) Served:**

| | |
|---|---|
| *Attorneys for Plaintiff* | *Attorneys for Defendant Allen Robberson, Jr.* |
| Kirk R. Presley | Priya Navaratnasingham |
| PRESLEY & PRESLEY, LLC | Huahong Zhang |
| 4801 Main Street, Suite 375 | PHILLIPS SPALLAS & ANGSTADT LLP |
| Kansas City, MO 64112 | 560 Mission Street, Suite 1010 |
| Phone: (816) 931-4611 | San Francisco, CA 94105 |
| Fax: (816) 931-4646 | T: 415-278-9400 |
| Email: kirk@presleyandpresley.com | F: 415-278-9411 |
| | E: pnavaratnasingham@psalaw.net |
| | E: mzhang@psalaw.net |

6. **Date of Service:** April 16, 2026

7. **Person Who Served Documents:**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signature: ___*/s/ Robert Sanchez*_____

Name: Robert Sanchez

Address: 550 CALIFORNIA ST STE 1400, SAN FRANCISCO, CA 94014

DEFENDANT COMMA.AI, INC.'S NOTICE OF REMOVAL TO FEDERAL COURT