Priya Navaratnasingham [SBN 252686]
Huahong Zhang [SBN 356625]
**PHILLIPS SPALLAS & ANGSTADT LLP**
560 Mission Street, Suite 1010
San Francisco, CA 94105
T: 415-278-9400
F: 415-278-9411
pnavaratnasingham@psalaw.net
mzhang@psalaw.net

Attorneys for Defendant
ALLEN G. ROBBERSON, JR.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN MCGINNIS, and PAMELA MCGINNIS, | Case No.: |
| Plaintiffs, | **DEFENDANT ALLEN G. ROBBERSON, JR.'S JOINDER IN NOTICE OF REMOVAL TO FEDERAL COURT** |
| v. | |
| ALLEN G. ROBBERSON, JR., HONDA MOTOR CO., LTD., AMERICAN HONDA MOTOR CO., INC., and COMMA.AI, INC., | Removed from Superior Court of California, County of Alameda, Case No. 26CV174249 |
| Defendants. | |

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. § 1446, Defendant ALLEN G. ROBBERSON, JR. hereby joins in Defendant COMMA.AI, INC.'s Notice of Removal to this Court of the state court action described in said Notice of Removal.

DATED: April 14, 2026                    PHILLIPS SPALLAS & ANGSTADT LLP

By _____
Priya Navaratnasingham
Huahong Zhang
Attorneys for Defendant
ALLEN G. ROBBERSON, JR.

- 1 -
DEFENDANT ALLEN G. ROBBERSON, JR.'S JOINDER IN NOTICE OF REMOVAL TO FEDERAL COURT