**PRESLEY & PRESLEY, LLC**
4801 Main Street, Suite 375
Kansas City, MO 64112
Phone: (816) 931-4611
Fax:    (816) 931-4646
KIRK R. PRESLEY, State Bar No. 145778
*kirk@presleyandpresley.com*

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| KEVIN MCGINNIS, and PAMELA MCGINNIS,<br><br>                    Plaintiffs,<br><br>        vs.<br><br>ALLEN G. ROBBERSON, JR., HONDA MOTOR CO., LTD., AMERICAN HONDA MOTOR CO., INC., and COMMA.AI, INC.,<br>                    Defendants. | CASE NO:  3:26-cv-3254-TSH<br><br>**PLAINTIFFS KEVIN MCGINNIS AND PAMELA MCGINNIS' CERTIFICATION OF CONFLICTS, INTERESTED ENTITIES AND PERSONS, AND CITIZENSHIP** |

PLEASE TAKE NOTICE that the undersigned certifies the following under Federal Rule of Civil Procedure 7.1 and Civil L.R. 3-15:

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no individual or entity whose citizenship is attributed to the parties submitting this certification.

The undersigned is not aware of any conflict, financial or otherwise, that the presiding judge may have with the parties to the litigation.

Plaintiff Kevin McGinnis and Plaintiff Pamela McGinnis are individuals and citizens of the State of Missouri. There is no other individual or entity whose citizenship is attributed to Plaintiffs.

Plaintiffs will promptly supplement this certification if any of this information changes.

Date: April 27, 2026                    _/s/ Kirk R. Presley_
                                        Presley & Presley, LLC
                                        Attorneys for Plaintiffs

PLAINTIFFS KEVIN MCGINNIS AND PAMELA MCGINNIS' CERTIFICATION OF CONFLICTS, INTERESTED
ENTITIES AND PERSONS, AND CITIZENSHIP
**3:26-cv-3254-TSH**

## CERTIFICATE OF SERVICE

1. **Case Name:** *Kevin McGinnis et al. v. Allen G. Robberson, Jr. et al.*

2. **Case Number:** 3:26-cv-03254-TSH

3. **Documents Served:** PLAINTIFFS' CERTIFICATION OF CONFLICTS, PLAINTIFFS' INTERESTED ENTITIES AND PERSONS, AND CITIZENSHIP; PLAINTIFFS' DESIGNATION OF MAGISTRATE; PLAINTIFFS' NOTICE OF MOTION AND MOTION TO REMAND & AFFIRM; and REQUEST FOR REMOTE HEARING

4. **Method of Service:** Placed in US Mail & via electronic mail to defendants COMMA.AI, INC., and ALLEN G. ROBBERSON, JR.; and US Mail & via electronic mail for defendant AMERICAN HONDA MOTOR CO., INC. and HONDA MOTOR CO., LTD.

5. **Person(s) Served:**

*Attorneys for Defendant comma.ai, Inc.*
Bryan L. P. Saalfeld
bsaalfeld@mpbf.com
Gerald C. Kipper
gkipper@mpbf.com
**MURPHY, PEARSON, BRADLEY & FEENEY**
550 California Street, Suite 1400
San Francisco, CA 94104
T: (415) 788-1900
F: (415) 393-8087

*Attorneys for Defendant Allen Robberson, Jr.*
Priya Navaratnasingham
pnavaratnasingham@psalaw.net
Huahong Zhang
mzhang@psalaw.net
**PHILLIPS SPALLAS & ANGSTADT LLP**
560 Mission Street, Suite 1010
San Francisco, CA 94105
T: 415-278-9400
F: 415-278-9411

**HONDA MOTOR CO., LTD**
TORANOMON ALCEA TOWER
2-2-3 Toranomon, Minato-ku,
Tokyo 105-8404, Japan; and
**SWANSON, MARTIN & BELL, LLP**
Kristen Cooke
KCooke@smbtrials.com
330 North Wabash Ave., Suite 3300
Chicago, Illinois 60611
(312) 321-9100 - main
(312) 321-0990 – fax

*Attorneys for Defendant American Honda Motor, Co., Inc.*
Via Registered Agent: CSC – Lawyers Incorporating Service
2710 Gateway Oaks Drive, Suite 150N,
Sacramento, CA 95833; and
**SWANSON, MARTIN & BELL, LLP**
Kristen Cooke
KCooke@smbtrials.com
330 North Wabash Ave., Suite 3300
Chicago, Illinois 60611
(312) 321-9100 - main
(312) 321-0990 – fax

PLAINTIFFS KEVIN MCGINNIS AND PAMELA MCGINNIS' CERTIFICATION OF CONFLICTS, INTERESTED ENTITIES AND PERSONS, AND CITIZENSHIP
**3:26-cv-3254-TSH**

6.  **Date of Service:** April 27, 2026

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** Base on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent from e-mail address kirk@presleyandpresley.com to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

7.  **Person Who Served Documents:**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signature: */s/ Kirk R. Presley*

Name: Kirk R. Presley

Address: 4801 Main Street, Suite 375, Kansas City, MO 64112

PLAINTIFFS KEVIN MCGINNIS AND PAMELA MCGINNIS' CERTIFICATION OF CONFLICTS, INTERESTED ENTITIES AND PERSONS, AND CITIZENSHIP
**3:26-cv-3254-TSH**