**PRESLEY & PRESLEY, LLC**
4801 Main Street, Suite 375
Kansas City, MO 64112
Phone: (816) 931-4611
Fax:    (816) 931-4646
KIRK R. PRESLEY, State Bar No. 145778
*kirk@presleyandpresley.com*

Attorney for Plaintiffs

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

KEVIN MCGINNIS, and
PAMELA MCGINNIS,

          Plaintiffs,

   vs.

ALLEN G. ROBBERSON, JR.,
HONDA MOTOR CO., LTD.,
AMERICAN HONDA MOTOR CO.,
INC., and COMMA.AI, INC.,

          Defendants.

CASE NO:  3:26-cv-3254-TSH

**AFFIDAVIT OF KIRK R. PRESLEY IN SUPPORT OF PLAINTIFFS' NOTICE OF MOTION AND MOTION TO REMAND**

### AFFIDAVIT OF KIRK R. PRESLEY

COMES NOW Kirk R. Presley and by way of his Affidavit and states under oath the following:

1. My name is Kirk R. Presley and I reside in Missouri.

2. I am over the age of 18 and competent to make this Affidavit.

3. I am counsel for Plaintiffs Kevin McGinnis and Pamela McGinnis in the above captioned lawsuit.  My office filed the original Complaint in the Superior Court of Alameda County,

California on March 4, 2026. The Alameda County, California Superior Court assigned the matter case number 26CV174249 ("State Court Action").  An accurate and correct copy of the file stamped Complaint was attached to Defendant comma.ai, Inc.'s Notice of Removal as ECF 1-1 at pgs. 1-5.

4. My office hired eLegal, a Magna Legal Services Company, to serve Defendant Allen Robberson with a summons in the State Court Action.

5. eLegal was able to serve Defendant Allen Robberson with the summons in the State Court Lawsuit on March 12, 2026 at Defendant Robberson's home at 9722 D. Street, Oakland, California.  After Defendant Robberson was served with the summons, my office filed a Notice of Service of Defendant Robberson with the Alameda County, California Superior Court on March 16, 2026.  An accurate and correct copy of the filed stamped Notice of Service of Defendant Robberson was attached to Defendant comma.ai, Inc's Notice of Removal as ECF 1-1 at pgs. 11-12.

6. On April 14, 2026, my office filed an Amended Complaint in the State Court Lawsuit. The Amended Complaint added Defendants comma.ai, Inc., American Honda Motor Co., Inc., and Honda Motor Co., Ltd. as defendants under theories of Strict Products Liability and Negligence for their roles in causing the September 22, 2025 motor vehicle collision in DeKalb County, Missouri. Defendant Allen Robberson remained a Defendant in the Amended Complaint.  An accurate and correct copy of the Amended Complaint filed by my office in the State Court Lawsuit was attached to Defendant comma.ai, Inc.'s Notice of Removal as ECF 1-1 at pgs. 24-35.

AFFIDAVIT OF KIRK R. PRESLEY IN SUPPORT OF PLAINTIFFS'
NOTICE OF MOTION AND MOTION TO REMAND
**3:26-cv-3254-TSH**

**KIRK R. PRESLEY**

STATE OF MISSOURI          )
                                               ) ss.
COUNTY OF JACKSON     )

On this 27th day of April, 2026, before me, the undersigned, a Notary Public in and for said county and state, came Kirk R. Presley, who was personally known to me to be the same person who executed the above and foregoing Affidavit and duly acknowledged the execution of same as his free and voluntary act and deed.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed my official seal the day and year last above written.

> KRISTINA HANEY
> NOTARY PUBLIC - NOTARY SEAL
> STATE OF MISSOURI
> MY COMMISSION EXPIRES AUGUST 27, 2026
> JACKSON COUNTY
> COMMISSION #18129109

Kristina Haney
Notary Public

My Commission Expires:

aug 27, 2026

Date: April 27, 2026.

/s/ Kirk R. Presley
Presley & Presley, LLC
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

1. **Case Name:** *Kevin McGinnis et al. v. Allen G. Robberson, Jr. et al.*

2. **Case Number:** 3:26-cv-03254-TSH

3. **Documents Served:** PLAINTIFFS' CERTIFICATION OF CONFLICTS, PLAINTIFFS' INTERESTED ENTITIES AND PERSONS, AND CITIZENSHIP; PLAINTIFFS' DESIGNATION OF MAGISTRATE; PLAINTIFFS' NOTICE OF MOTION AND MOTION TO REMAND & AFFIRM; and REQUEST FOR REMOTE HEARING

4. **Method of Service:** Placed in US Mail & via electronic mail to defendants COMMA.AI, INC., and ALLEN G. ROBBERSON, JR.; and US Mail & via electronic mail for defendant AMERICAN HONDA MOTOR CO., INC. and HONDA MOTOR CO., LTD.

5. **Person(s) Served:**

*Attorneys for Defendant comma.ai, Inc.*
Bryan L. P. Saalfeld
bsaalfeld@mpbf.com
Gerald C. Kipper
gkipper@mpbf.com
**MURPHY, PEARSON, BRADLEY & FEENEY**
550 California Street, Suite 1400
San Francisco, CA 94104
T: (415) 788-1900
F: (415) 393-8087

*Attorneys for Defendant Allen Robberson, Jr.*
Priya Navaratnasingham
pnavaratnasingham@psalaw.net
Huahong Zhang
mzhang@psalaw.net
**PHILLIPS SPALLAS & ANGSTADT LLP**
560 Mission Street, Suite 1010
San Francisco, CA 94105
T: 415-278-9400
F: 415-278-9411

**HONDA MOTOR CO., LTD**
TORANOMON ALCEA TOWER
2-2-3 Toranomon, Minato-ku,
Tokyo 105-8404, Japan; and
**SWANSON, MARTIN & BELL, LLP**
Kristen Cooke
KCooke@smbtrials.com
330 North Wabash Ave., Suite 3300
Chicago, Illinois 60611
(312) 321-9100 - main
(312) 321-0990 – fax

*Attorneys for Defendant American Honda Motor, Co., Inc.*
Via Registered Agent: CSC – Lawyers Incorporating Service
2710 Gateway Oaks Drive, Suite 150N,
Sacramento, CA 95833; and
**SWANSON, MARTIN & BELL, LLP**
Kristen Cooke
KCooke@smbtrials.com
330 North Wabash Ave., Suite 3300
Chicago, Illinois 60611
(312) 321-9100 - main

- 4 -
AFFIDAVIT OF KIRK R. PRESLEY IN SUPPORT OF PLAINTIFFS'
NOTICE OF MOTION AND MOTION TO REMAND
**3:26-cv-3254-TSH**

(312) 321-0990 – fax

6. **Date of Service:** April 27, 2026

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** Base on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent from e-mail address kirk@presleyandpresley.com to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

7. **Person Who Served Documents:**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and

correct.

Signature: */s/ Kirk R. Presley*

Name: Kirk R. Presley

Address: 4801 Main Street, Suite 375, Kansas City, MO 64112

AFFIDAVIT OF KIRK R. PRESLEY IN SUPPORT OF PLAINTIFFS'
NOTICE OF MOTION AND MOTION TO REMAND
**Case No.: 3:26-cv-3254**