**PRESLEY & PRESLEY, LLC**
4801 Main Street, Suite 375
Kansas City, MO 64112
Phone: (816) 931-4611
Fax:    (816) 931-4646
KIRK R. PRESLEY, State Bar No. 145778
*kirk@presleyandpresley.com*

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN MCGINNIS, and PAMELA MCGINNIS, <br><br> Plaintiffs, <br><br> vs. <br><br> ALLEN G. ROBBERSON, JR., HONDA MOTOR CO., LTD., AMERICAN HONDA MOTOR CO., INC., and COMMA.AI, INC., <br> Defendants. | CASE NO:  3:26-cv-3254-JD <br><br> **PLAINTIFFS' AMENDED RE-NOTICE OF MOTION TO REMAND (ECF 8)** <br><br> Date: June 11, 2026 <br> Time: 11:00 a.m. <br><br> Hon. James Donato <br> Courtroom: Courtroom 11 - 19th Floor <br><br> Date Removed: April 16, 2026 <br> Complaint Filed: March 4, 2026 <br> Trial Date: None Set |

NOTICE IS HEREBY GIVEN that on June 11, 2026 at 11:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 11 - 19th Floor of this Court, the Honorable James Donato presiding, Plaintiffs will move for an Order remanding this action to the Alameda County, California Superior Court.

This motion will be made on the grounds that Defendant comma.ai's Notice of Removal was procedurally defective pursuant by violating 28 U.S.C. §1441(b)(2).  Specifically, Defendant Allen Robberson is a citizen of California and was properly joined and served with this action over thirty

days prior to Defendant comma.ai's filing its Notice of Removal to this Court. The Motion to Remand is timely under 28 U.S.C. §1447 and requires remand of this action to the Alameda County, California Superior Court.

This Motion will be based on this Notice of Motion, the Memorandum of Points and Authorities set forth in ECF 8, the papers and records on file herein, and on such oral and documentary evidence as may be presented at the hearing of the motion.

DATED: May 6, 2026                    **PRESLEY & PRESLEY, LLC**

By: ___*/s/ Kirk R. Presley*___
PRESLEY & PRESLEY, LLC
Kirk R. Presley, esq.
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

1. **Case Name:** *Kevin McGinnis et al. v. Allen G. Robberson, Jr. et al.*

2. **Case Number:** 3:26-cv-03254-TSH

3. **Documents Served:** PLAINTIFFS' AMENDED RE-NOTICE OF MOTION TO REMAND (ECF 8)

4. **Method of Service:** Placed in US Mail & via electronic mail to defendants COMMA.AI, INC., and ALLEN G. ROBBERSON, JR.; and US Mail & via electronic mail for defendant AMERICAN HONDA MOTOR CO., INC. and HONDA MOTOR CO., LTD.

5. **Person(s) Served:**

*Attorneys for Defendant comma.ai, Inc.*
Bryan L. P. Saalfeld
bsaalfeld@mpbf.com
Gerald C. Kipper
gkipper@mpbf.com
**MURPHY, PEARSON, BRADLEY & FEENEY**
550 California Street, Suite 1400
San Francisco, CA 94104
T: (415) 788-1900
F: (415) 393-8087

*Attorneys for Defendant Allen Robberson, Jr.*
Priya Navaratnasingham
pnavaratnasingham@psalaw.net
Huahong Zhang
mzhang@psalaw.net
**PHILLIPS SPALLAS & ANGSTADT LLP**
560 Mission Street, Suite 1010
San Francisco, CA 94105
T: 415-278-9400
F: 415-278-9411

**HONDA MOTOR CO., LTD**
TORANOMON ALCEA TOWER
2-2-3 Toranomon, Minato-ku,
Tokyo 105-8404, Japan; and
**SWANSON, MARTIN & BELL, LLP**
Kristen Cooke
KCooke@smbtrials.com
330 North Wabash Ave., Suite 3300
Chicago, Illinois 60611
(312) 321-9100 - main
(312) 321-0990 – fax

*Attorneys for Defendant American Honda Motor, Co., Inc.*
Via Registered Agent: CSC – Lawyers Incorporating Service
2710 Gateway Oaks Drive, Suite 150N,
Sacramento, CA 95833; and
**SWANSON, MARTIN & BELL, LLP**
Kristen Cooke
KCooke@smbtrials.com
330 North Wabash Ave., Suite 3300
Chicago, Illinois 60611
(312) 321-9100 - main
(312) 321-0990 – fax

6. **Date of Service:** May 6, 2026

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** Base on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent from e-mail address kirk@presleyandpresley.com to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

7.  **Person Who Served Documents:**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signature: */s/ Kirk R. Presley*

Name: Kirk R. Presley

Address: 4801 Main Street, Suite 375, Kansas City, MO 64112

PLAINTIFFS' NOTICE OF MOTION AND MOTION TO REMAND; PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO REMAND TO STATE COURT
**Case No.: 3:26-cv-3254**