Bryan L. P. Saalfeld (SBN 243331)
    bsaalfeld@mpbf.com
Gerald C. Kipper (SBN 323709)
    gkipper@mpbf.com
MURPHY, PEARSON, BRADLEY & FEENEY
550 California Street, Suite 1400
San Francisco, CA  94104
T: (415) 788-1900
F: (415) 393-8087

Attorneys for Defendant
COMMA.AI, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| KEVIN MCGINNIS, and PAMELA MCGINNIS, | Case No.: 3:26-cv-03254-JD |
| Plaintiffs, | **JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT COMMA.AI, INC. AND DEFENDANT ALLEN G. ROBBERSON, JR. TO RESPOND TO AMENDED COMPLAINT UNDER CIVIL LR 6-1(a)** |
| v. | |
| ALLEN G. ROBBERSON, JR., HONDA MOTOR CO., LTD., AMERICAN HONDA MOTOR CO., INC., and COMMA.AI, INC., | Action Filed:    March 4, 2026<br>Date Removed:  April 16, 2026<br>Trial Date:      TBD |
| Defendants. | |

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Local Rule 6-1(a) of the Local Rules of Practice in Civil Proceedings before the United States District Court for the Northern District of California, Plaintiffs KEVIN MCGINNIS and PAMELA MCGINNIS, Defendant ALLEN G. ROBBERSON, JR., and Defendant COMMA.AI, INC. (collectively, the "Parties") hereby stipulate as follows:

WHEREAS, Plaintiffs filed a Complaint for damages in the Superior Court of California, County of Alameda on March 4, 2026;

WHEREAS, Plaintiffs filed their Amended Complaint in the Superior Court of California, County of Alameda on April 14, 2026;

///

- 1 -

WHEREAS, Defendant Comma.ai, Inc. removed the action to the Northern District of California on April 16, 2026, with Defendant Allen G. Robberson, Jr. joining therein;

WHEREAS, both Defendants are currently required to file and serve a response to the Amended Complaint by May 7, 2026 pursuant to Rule 81(c) of the Federal Rules of Civil Procedure;

WHEREAS, Plaintiffs have filed a Motion to Remand (Dkt. No. 8);

WHEREAS, Plaintiffs and Defendants agree that judicial economy is best served by postponing the filing of a response to the Amended Complaint until the jurisdictional issue on the Motion to Remand is decided;

WHEREAS, Local Rule 6-1(a) authorizes parties to extend the time within which to answer or otherwise respond to a complaint by stipulation, in writing, and without a Court order, provided that the extension will not alter the date of any event or any deadline already fixed by Court order;

WHEREAS, the agreed-upon extension of time to file a responsive pleading to the Amended Complaint will not alter the date of any event or any deadline already fixed by Court order; and

WHEREAS, Defendant Allen G. Robberson, Jr. and Defendant Comma.ai, Inc. agree to accept service of the Amended Complaint;

THEREFORE, the parties stipulate as follows:

In exchange for Defendant Allen G. Robberson, Jr. agreeing to accept service of the Amended Complaint and for Defendant Comma.ai, Inc. to accept service of summons, the deadlines for Defendant Allen G. Robberson, Jr. and for Defendant Comma.ai, Inc. to respond to the Amended Complaint are both extended to the date set as follows:

(A) If the matter is remanded, then the deadlines are set pursuant to Section 430.90 of the California Code of Civil Procedure; or

(B) If the matter is not remanded, then the deadlines are set for the date that is 10 days after the day that the Court rules on the Motion to Remand (Dkt. No. 8).

///

///

///

///

- 2 -

JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS TO
RESPOND TO AMENDED COMPLAINT UNDER CIVIL LR 6-1(a)      3:26-CV-03254-JD

**IT IS SO STIPULATED.**

DATED:  May 7, 2026                         PRESLEY & PRESLEY, LLC


By _____*/s/ Kirk R. Presley*_____
Kirk R. Presley
Attorneys for Plaintiffs
KEVIN MCGINNIS and PAMELA MCGINNIS


DATED:  May 7, 2026                         PHILLIPS SPALLAS & ANGSTADT LLP


By _____*/s/ Huahong Zhang*_____
Priya Navaratnasingham
Huahong Zhang
Attorneys for Defendant
ALLEN G. ROBBERSON, JR.


DATED:  May 7, 2026                         MURPHY, PEARSON, BRADLEY & FEENEY


By _____*/s/ Bryan L. P. Saalfeld*_____
Bryan L. P. Saalfeld
Gerald C. Kipper
Attorneys for Defendant
COMMA.AI, INC.

- 3 -