Bryan L. P. Saalfeld (SBN 243331)
  bsaalfeld@mpbf.com
Gerald C. Kipper (SBN 323709)
  gkipper@mpbf.com
MURPHY, PEARSON, BRADLEY & FEENEY
550 California Street, Suite 1400
San Francisco, CA  94104
T: (415) 788-1900
F: (415) 393-8087

Attorneys for Defendant
COMMA.AI, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| KEVIN MCGINNIS, and PAMELA MCGINNIS,<br><br>Plaintiffs,<br><br>v.<br><br>ALLEN G. ROBBERSON, JR., HONDA MOTOR CO., LTD., AMERICAN HONDA MOTOR CO., INC., and COMMA.AI, INC.,<br><br>Defendants. | Case No.: 3:26-cv-03254-JD<br><br>**DEFENDANT COMMA.AI, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION TO REMAND**<br><br>Hearing Date:   June 11, 2026<br>Hearing Time:   11:00 AM<br><br>Action Filed:   March 4, 2026<br>Date Removed:   April 16, 2026<br>Trial Date:   TBD |

Pursuant to the provisions of Rule 201 of the Federal Rules of Evidence, and in support of its Opposition to Plaintiffs' Motion to Remand, Defendant Comma.ai, Inc. respectfully requests that the Court take judicial notice of the following documents that are attached to the Declaration of Counsel, Bryan L. P. Saalfeld, filed concurrently herewith.

1.      **Exhibit A**:  A filed-endorsed copy of the Notice of Removal filed by Comma.ai in the civil lawsuit previously filed by Plaintiffs against regarding the same vehicle collision, dated 2/13/26, with Case No. 3:26-cv-01365, and noting removal of the state court action with Case No. 26-cv-166471.

2.      **Exhibit B**:  A filed-endorsed copy of the Notice of Dismissal w/o Prejudice filed by Plaintiffs in the prior civil lawsuit that was removed to the Northern District, dated 2/16/26.

- 1 -

DATED:  May 11, 2026                MURPHY, PEARSON, BRADLEY & FEENEY


By _____ */s/ Bryan L. P. Saalfeld* _____
         Bryan L. P. Saalfeld
         Gerald C. Kipper
         Attorneys for Defendant COMMA.AI, INC.

- 2 -